## STATE of Maine

v.

## George GREEN, Jr.

Supreme Judicial Court of Maine.

Argued Jan. 14, 1986.

Decided Jan. 16, 1986.

Paul Aranson, Dist. Atty., Robert L. Ellis, Jr., (orally), Law Student Intern, Portland, for plaintiff.

David Beneman, (orally), Portland, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

On appeal from a judgment of the Superior Court (Cumberland County), George Green, Jr. challenges the sufficiency of the evidence to support his conviction for aggravated assault with a dangerous weapon, 17–A M.R.S.A. § 208 (1984), entered after a jury-waived trial. Viewing the evidence in the light most favorable to the State, the court could rationally conclude beyond a reasonable doubt that the defendant acted recklessly and used his car as a dangerous weapon when he pinned a police officer between his car and a parked car. *See State v. Barry*, 495 A.2d 825, 826 (Me. 1985).

The entry is:

Judgment affirmed.

All concurring.